IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEREN C. WHITE,

    Plaintiff,

vs.                                    CASE NO. 5:10cv111/RS-EMT

PANTRY, INC. d/b/a
AUNT M'S,

    Defendant.
_____/

## ORDER

Before me is the Joint Stipulation With Prejudice (Doc. 23).

**IT IS ORDERED**:

1.     This case is dismissed with prejudice.

2.     The clerk is directed to close the file.

**ORDERED** on November 18, 2010.

                                                   /S/ Richard Smoak
                                                   **RICHARD SMOAK**
                                                   **UNITED STATES DISTRICT JUDGE**